**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 02-7246**

_____

DAMON EMANUEL ELLIOTT,

                              Plaintiff - Appellant,

        versus

JOHN VINCENT GEISE; RANGARATH MANTHRIPRAGADA;
PAMELA COCHRAN,

                              Defendants - Appellees.

_____

Appeal from the United States District Court for the District of
Maryland, at Greenbelt.  Peter J. Messitte, District Judge.  (CA-
02-1769-PJM)

_____

Submitted:  October 10, 2002        Decided:  October 21, 2002

_____

Before WILLIAMS, KING, and GREGORY, Circuit Judges.

_____

Dismissed by unpublished per curiam opinion.

_____

Damon Emanuel Elliott, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Damon Emmanuel Elliott appeals the district court's order dismissing his civil complaint for failure to allege specific facts supporting his claims as instructed by the court's prior order. Because Elliott may be able to proceed with this action by amending his complaint to allege sufficient facts to state a claim, the dismissal order is not final and thus is not subject to appellate review. See Domino Sugar Corp. v. Sugar Workers Local Union 392, 10 F.3d 1064, 1066-67 (4th Cir. 1993). We therefore dismiss the appeal. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED